# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL WEASE,**

        **Plaintiff,**

-vs-                              **Case No. 6:09-cv-426-Orl-31GJK**

**OMNI HEALTH CARE and M.D. ERIC BOROFSKY,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Application to Proceed without Prepayment of Fees (Doc. No. 2) filed March 5, 2009, and Motion for Appointment of Counsel (Doc. 7) filed March 23, 2009.

On April 15, 2009, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the motions be denied without prejudice and the case be dismissed with leave for the Plaintiff to file an amended complaint. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Application to Proceed without Prepayment of Fees is **DENIED** without prejudice and the case is dismissed. The Plaintiff will have 10 days in which to file an amended complaint consistent with the Report and Recommendation and either pay the filing fee or renew his motion to proceed without payment.

3. The Motion for Appointment of Counsel is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of May, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE